IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Crim. Action No. 3:16-CR-00326-N |
| | § | |
| JOHNNATTAN RAMIREZ (1) | § | |

## AMENDED SENTENCING SCHEDULING ORDER

Before the Court is the Defendant's Unopposed Motion for Continuance filed December 5, 2019. The Court finds that the motion has merit and grants it. The sentencing hearing is rescheduled for **January 27, 2020** at 9:00 a.m.

Defendant's counsel shall submit any written materials, such as letters, notes and/or other items, for consideration to the Court and the probation officer at least 7 days before sentencing.

Any motion regarding downward or upward departures must be filed at least 14 days before sentencing. Any response in opposition to such a motion must be filed at least 7 days before sentencing.

In any case in which 18 U.S.C. §§ 3663-64 apply, no later than 5 days from the date of this order the attorney for the government must provide to the probation officer all information that the officer needs to comply with crime victim restitution requirements. Counsel should direct any questions regarding this Order to Carla Moore, Court Coordinator, at 214-753-2706.

Signed December 6, 2019.

ANENDED SENTENCING SCHEDULING ORDER – PAGE 1

_____
David C. Godbey
United States District Judge